# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>VANESSA MARTINEZ-LEDEZMA,<br><br>　　　　Defendant. | Case No. 19-CR-1276 JLS<br><br>**ORDER GRANTING MOTION TO EXCLUDE TIME**<br><br>The Honorable Janis L. Sammartino |

For good cause shown in the Government's motion (Dkt. No. 48), the Court excludes time under the Speedy Trial Act through February 26, 2021, and finds that the interests of justice served by the granting of such continuance outweigh the best interests of the public and Defendant Martinez-Ledezma in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court also notes that motions remain pending in this matter, which further provides a basis for the exclusion of time.

**SO ORDERED.**

Dated: October 9, 2020

　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge